IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DRACHYR MACIAS, | : | |
| Plaintiff, | : | |
| v. | : | CA 12-00525-WS-N |
| SUNTRUST MORTGAGE, INC., | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 20, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 22nd day of July, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**