IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DRACHYR MACIAS, | : | |
| Plaintiff, | : | |
| v. | : | CA 12-00525-WS-N |
| SUNTRUST MORTGAGE, INC., | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the 22nd day of July, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**